AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GLENN RANDALL FERGUSON | ) | Case No.  CR-17-017-RAW |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Lisa Bellah, Ph.D.

**YOU ARE COMMANDED** to appear in the United States District Court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES COURTHOUSE<br>FIFTH & OKMULGEE<br>MUSKOGEE, OKLAHOMA  74401 | Courtroom No.: | U.S. COURTHOUSE, Room 506 |
|---|---|---|---|
| | | Date and Time: | 03/29/2018 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*Issued 3/9/18 gw*

(SEAL)

Date:  03/09/2018

PATRICK KEANEY, CLERK OF COURT

*Pat Wise*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   the United States of America  , who requests this subpoena, are:

D. Edward Snow
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK  74401
(918) 684-5100 (telephone) Ed.Snow@usdoj.gov (e-mail)