IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CR-17-17-RAW |
| | ) | Date:   January 7, 2020 |
| GLENN RANDALL FERGUSON, | ) | Total time in court:  2 hours, 51 minutes |
| Defendant. | ) | |

### MINUTE SHEET – JURY TRIAL

U.S. District Court Chief Judge Ronald A. White     Lisa Leake, Deputy Clerk   Karla McWhorter, Reporter

FTR Courtroom:  2 - Room 224

Counsel for Plaintiff:   Sarah McAmis and Shannon L. Henson, Asst. U.S. Attorneys

Counsel for Defendant: Robert S. Williams and Robert Ridenour, Asst. Federal Public Defenders

(w/defendant Glenn Randall Ferguson)

**MINUTES:**

| | |
|---|---|
| 1:17 PM | **JURY IN.**  Preliminary instructions given to jury by Court. Defendant called for rule of sequestration to be invoked.  SO ORDERED. (RAW) |
| 1:29 PM | Opening statements by counsel. |
| 1:47 PM | Plaintiff's evidence begins. |
| 1:48 PM | 1) Witness Joseph Cecchini. |
| 2:38 PM | 2) Witness Richard Whisman. |
| 2:53 PM | **JURY OUT.** |
| 2:57 PM | **IN RECESS.** |
| 3:18 PM | **JURY IN.**  Plaintiff's evidence continues. |
| 3:19 PM | 3) Witness David L. Weiss. |

| | |
|---|---|
| 3:57 PM | **JURY OUT.**  Court addressed Defendant's Second Motion in Limine as to Scope of Impeachment of Experts filed 1/3/2020 and counsel responded with argument. Motion taken under advisement. (RAW) |
| 4:29 PM | **IN RECESS** until 1/8/2020 at 9:00 AM. |