**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. CR-17-17-RAW |
| ) | |
| GLENN RANDALL FERGUSON, ) | |
| Defendant(s). ) | |
| ) | |

# JURY NOTES (Redacted)