IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-17-17-RAW |
| ) | |
| GLENN RANDALL FERGUSON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This order memorializes the court's ruling on defendant's second motion in limine. The motion sought to restrict cross-examination of Dr. Grundy by the government. From the bench during trial, the court cited a government motion in *United States v. Hassoun,* 2007 WL 2349140 (S.D.Fla.2007), which made the argument that "[w]hile an expert may base his or her in-court testimony on inadmissible evidence, *see* Fed. R. Evid. 703, it does not follow that a . . .lawyer may use cross-examination [to] put inadmissible evidence before the jury, . . .That is so because the expert is available for cross-examination[.]" This court found that argument persuasive. In addition, when the government seeks to introduce such evidence in a criminal case, the Confrontation Clause may be implicated. *See United States v. Kearns,* 863 F.3d 1299, 1305-06 (10th Cir.2017).

It is the order of the court that the defendant's second motion in limine (#123) is hereby granted.

**ORDERED THIS 13th DAY OF JANUARY, 2020.**

_____
**RONALD A. WHITE
UNITED STATES DISTRICT JUDGE**